UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Raul Robles
                Plaintiff,

v.                               Case No.: 1:18−cv−04379
                                      Honorable Elaine E. Bucklo

City of Chicago, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 1, 2018:

    MINUTE entry before the Honorable Elaine E. Bucklo: Minute entry dated 9/13/2018, docket no. [34] is hereby amended to state as follows: Defendants Xavier Elizondo and David Salgado's joint motion to stay proceedings [25] is granted. Its briefing schedule is stricken. In all other respects, the order remains unchanged. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.